Case 3:98-cv-01875-GG   Document 32   Filed 10/12/1999   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA DE LEON MELÉNDEZ, ET ALS | * |
| Plaintiffs | * |
| v. | * CIVIL NO. 98-1875 (GG) |
| DOCTOR'S CENTER HOSPITAL, ET ALS | * |
| Defendants | * |

## MINUTES OF PROCEEDINGS

On October 7, 1999, the parties met with the court for a Settlement Conference. Plaintiffs were represented by Jaime Agrait Lladó, Esq. Co-defendant Dr. López Llavona was represented by Iván Domínguez, Esq. Co-defendant Manatí Emergency Medical Services, Inc. (MEMS) was represented by Francisco Colón, Esq. Co-defendant Dr. Santiago was represented by José A. González Villamil in substitution of Roberto Ruiz Comas. Counsel for co-defendant Doctor's Center Hospital, Juan Masini, was not present because he is presently attending a criminal case before Judge Cerezo. The conference started at 2:30 p.m. and concluded at 4:00 p.m.

The parties informed the court regarding the difficulties they have encountered in concluding the discovery in this case due to the fact that counsel Masini is presently engaged in a criminal case before Judge Cerezo. The court was informed by the Judge Cerezo's office that said criminal case will be coming to an end at the end of October or beginning of November.

The parties argued their version of the facts. The court met



AO 72A
(Rev.8/82)

individually with each party to explore the possibility of a settlement. The court exhorted the parties to continue their efforts to reach a settlement agreement. The parties were also advised of the possibility of scheduling the pending depositions for the early or late hours of weekdays or for a weekend. The parties should explore other alternatives to conclude the discovery and to file dispositive motions. They were exhorted to get in touch with counsel Masini, not only thru letters but also in person or by phone to see what accommodations can be made to move this case forward.

San Juan, Puerto Rico, this 12th day of October, 1999.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
    Courtroom Deputy Clerk

AO 72A
(Rev.8/82)