RECEIVED & FILED
1999 NOV 29 PM 4:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON, ET ALS.
    Plaintiffs

vs.                                                          CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: November 5, 1999<br>Docket: #33<br>[X] Plffs      [] Defts<br>Title: Motion Informing Status of Attempts to Set a New Stipulated Discovery Schedule | NOTED. Parties to file new discovery schedule by **December 3, 1999.** |

Date: November 24, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By:      #36