IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO RECEIVED & FILED

1999 DEC -6  AM 10: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

ANA DE LEON MELÉNDEZ, ET ALS          *
                                      *
        Plaintiffs                    *
                                      *
            v.                        *       CIVIL NO. 98-1875 (GG)
                                      *
DOCTOR'S CENTER HOSPITAL, ET ALS      *
                                      *
        Defendants                    *
**************************************


                      MINUTE ORDER


        By order of the court, the Pre-Trial Conference set for December

8, 1999 at 2:00 p.m. is **VACATED AND SET ASIDE.**  New dates for a

Settlement and Pre-Trial Conference will be set once the parties file

the new discovery schedule.

        San Juan, Puerto Rico, this _3rd_ day of December, 1999.


                                   FRANCES RIOS DE MORAN, CLERK

                                   _Laura E. Rivera, Ops Mg_

                              BY: LYDIA E. ALICEA
                                   Courtroom Deputy Clerk


⑦

By phone: 12/3/99
Atty. Dominguez (Igor) - 5:15 PM
Atty. Marin-Soler (left message - voice mail)
Atty. Colón-Ramirez - personally - 5:30 PM
12/6/99 J. Marini - personally

AO 72A
(Rev.8/82)

㊳ vo