UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ANA DE LEON, ET ALS.
  Plaintiffs

vs.                                                CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS.
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 3, 1999<br>**Docket:** #39<br>[ ] Plffs            [X] Defts<br>**Title:** Motion for Brief Continuance To Comply with Court's Order | **GRANTED.** Parties to file new discovery schedule by **December 8, 1999.** No further extensions will be granted. |

Date:  December 7, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:            EOD:

By:            #41

7