IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON MELÉNDEZ, ET ALS  *
                              *
    Plaintiffs                *
                              *
        v.                    *    CIVIL NO. 98-1875 (GG)
                              *
DOCTOR'S CENTER HOSPITAL, ET ALS *
                              *
    Defendants                *
*************************************

MINUTE ORDER

By order of the court, a **Scheduling Conference** is Set for **December 22, 1999 at 4:30 p.m.**

San Juan, Puerto Rico, this 13th day of December, 1999.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
    Courtroom Deputy Clerk

AO 72A
(Rev.8/82)