IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC 28 AM 9:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| ANA DE LEON MELÉNDEZ, ET ALS | * |
| Plaintiffs | * |
| v. | *  CIVIL NO. 98-1875 (GG) |
| DOCTOR'S CENTER HOSPITAL, ET ALS | * |
| Defendants | * |

## MINUTES OF PROCEEDINGS

On December 22, 1999, the parties met with the court for a Status Conference. Plaintiffs were represented by Jaime Agrait Lladó, Esq. Co-defendant Dr. López Llavona was represented by Igor Domínguez, Esq. Co-defendant Doctor's Center Hospital was represented by Juan Masini, Esq. Co-defendant Manatí Emergency Medical Services, Inc. (MEMS) was represented by Francisco Colón, Esq. Co-defendant Dr. Santiago was represented by Roberto Ruiz Comas, Esq.

The parties informed the court regarding the current status of the proceedings, specifically of the discovery. Plaintiffs agreed to answer the interrogatory propounded by MEMS on or before **January 21, 2000**. By said date, Dr. Santiago will also answer the interrogatory propounded by the plaintiffs. The parties agreed to take the depositions of the plaintiffs in the United States. Doctor's Center Hospital agreed to that in so far as the deposition will only be regarding the issue of damages. The defendants consented to have the jury selected by a magistrate judge. The plaintiffs will inform the court bout their position and return the signed form on or before

Jury Clerk (7)

AO 72A
(Rev.8/82)

**December 31, 1999.**

A new schedule was agreed upon by the parties as follows:

1. Announce expert witnesses- **March 10, 2000**

2. Expert's reports - **May 11, 2000**

3. Discovery cut-off - **June 12, 2000**

4. Settlement Conference - **June 14, 2000 at 3:30 p.m.**

5. Dispositive motions- **July 10, 2000**

6. Pre-Trial Conference - **September 7, 2000 at 3:30 p.m.**

7. Jury Selection - **November 8, 2000 at 9:00 a.m.**

8. Jury Trial to commence - **November 8, 2000 at 2:00 p.m.**
   (two weeks)

San Juan, Puerto Rico, this 27th day of December, 1999.

FRANCES RIOS DE MORAN, CLERK

By: /Lydia E. Alicea/
LYDIA E. ALICEA
Courtroom Deputy Clerk