UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 11 AM 7:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

ANA DE LEON, ET ALS.
    Plaintiffs

vs.    CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 5, 2000<br>Docket: #47<br>[ ] Plffs    [X] Defts<br>Title: Motion in Relation to Absence from this jurisdiction | GRANTED, except as to the deadline for filing of dispositive motions. |

Date:  May 9, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 48