IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON MELÉNDEZ, ET ALS     *

    Plaintiffs                *

         v.                       *    CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS     *

    Defendants             *
*************************************

**MINUTES OF PROCEEDINGS**

On June 14, 2000, the parties met with the court for a Settlement Conference. Plaintiffs were represented by Jaime Agrait Lladó, Esq. Co-defendant Dr. López Llavona was represented by Iván Domínguez, Esq. Co-defendant Manatí Emergency Medical Services, Inc. (MEMS) was represented by Francisco Colón, Esq. Co-defendant Dr. Santiago was represented by Roberto Ruiz Comas, Esq. Co-defendant Doctor's Center Hospital was represented by Juan Masini, Esq. The conference started at 3:30 p.m. and concluded at 5:00 p.m.

The parties argued their version of the facts after having examined in detail the evidence since discovery has almost concluded. The court met individually with each side to explore the possibility of a settlement. The court exhorted the parties to continue their efforts to reach a settlement agreement.

Plaintiffs argued against defendants' request to take the deposition of Dr. Font because the discovery deadline has already run and they gave the defendants several opportunities to take the same to no avail. The court determined that this is the type of case were

7

AO 72A
(Rev.8/82)


51

everyone must have all the information necessary to enter trial fully prepared. Accordingly, the deposition of Dr. Font will be taken on **June 19, 2000 at 1:30 p.m.** in counsel Masini's office. By **June 30, 2000,** MEMS must produce to plaintiffs certain documentary evidence still pending. Likewise, the hospital must submit to plaintiffs' the pending documentary evidence by **June 30, 2000.**

San Juan, Puerto Rico, this 21st day of June, 2000.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
Courtroom Deputy Clerk

AO 72A
(Rev 8/82)