UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON, ET ALS.
    Plaintiffs

vs.                                                                 CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS.
    Defendants

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: June 21, 2000<br>Docket: #52<br>[ ] Plffs    [X] Defts<br>Title: Motion For Extenstion of<br>Deadline to File Dispositive Motions | GRANTED AS REQUESTED. No further extensions will be granted. |

Date:  June 26, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #