UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON, ET ALS.
    Plaintiffs

vs.                                                  CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 8, 2000<br>Docket: #56<br>[ ] Plffs    [X] Defts<br>Title: Motion Requesting Leave of Court to File Cross-Claim | GRANTED. |

*RECEIVED AND FILED 2000 AUG 23 PM 7:21 CLERK'S OFFICE ANNEX U.S. DISTRICT COURT OLD SAN JUAN, PR*

Date: August 18, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By: #57