UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON, ET ALS.
    Plaintiffs

vs.                                                CIVIL NO. 98-1875 (GG)

DOCTOR'S CENTER HOSPITAL, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 1, 2000<br>**Docket:** #60<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Motion Requesting Authorization to File Cross Claim | GRANTED. |

Date:  September 7, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By:     #61