IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON MELÉNDEZ, ET ALS       *
                                   *
    Plaintiffs                     *
                                   *
        v.                         *    CIVIL NO. 98-1875 (GG)
                                   *
DOCTOR'S CENTER HOSPITAL, ET ALS   *
                                   *
    Defendants                     *
*****************************************

**MINUTES OF PROCEEDINGS**

On September 19, 2000, the parties met with the court for a Pre-Trial Conference. Plaintiffs were represented by Jaime Agrait Lladó, Esq. Co-defendant Dr. López Llavona was represented by Iván Domínguez, Esq. Co-defendant Manatí Emergency Medical Services, Inc. (MEMS) was represented by Francisco Colón, Esq. Co-defendant Dr. Santiago was represented by Roberto Ruiz Comas, Esq. Co-defendant Doctor's Center Hospital was represented by Juan Masini, Esq. The conference started at 10:30 a.m. and concluded at 11:30 a.m.

The MEMS and the Hospital argued the new issue regarding MEMS attempt to file a cross-claim. The court inquired regarding the defendants' objections to plaintiffs' inherited claims. The court directed the parties to study the recent Opinion and Order issued in the case of <u>Arias v. González</u> regarding this same point of law. Defendants requested the opportunity to meet among themselves to attempt to reach settlement. Their efforts were quite productive and the parties agreed to meet again on September 27, 2000 at 4:00 p.m. at the offices of counsel Masini for a Final Settlement Conference.

The parties will call the court and inform the results of the meeting. If no settlement is possible, a new date for Pre-Trial Conference will then be set.

San Juan, Puerto Rico, this 21st day of September, 2000.

FRANCES RIOS DE MORAN, CLERK

*Sulma Lopez Defillo*

By: SULMA LOPEZ DEFILLO
Courtroom Deputy Clerk