IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANA DE LEON MELENDEZ, et al., \*
    Plaintiffs \*
  \*
  v. \*   CIVIL NO. 98-1875 (GG)
  \*
DOCTOR'S CENTER HOSPITAL, et al. \*
  \*
    Defendants \*

**ORDER AND JUDGMENT**

On November 1, 2000, the parties filed a "Settlement Agreement and Release" seeking the dismissal of this action with prejudice, in consideration of $350,000. **(Docket entry #64)**. The same is signed by the parties' attorneys.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, we accept the parties stipulation of dismissal and make it form part of this judgment.

**WHEREFORE**, in view of the above, this action is **DISMISSED WITH PREJUDICE** and without any special imposition of costs and attorney's fees. Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

San Juan, Puerto Rico, this 6th day of November, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge



AO 72A
(Rev 8/82)