N.I. 98-S-63
N.S. 98-3722-M\MH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA DE LEON MELENDEZ; JUAN CARLOS VAZQUEZ, JORGE LUIS DE LEON MELENDEZ; PEDRO DE LEON VICENTE; LUZ BORRERO DE LEON, GILBERTO BORRERO DE LEON; EDGARDO ROSARIO DE LEON<br><br>        Plaintiffs<br><br>DOCTOR'S CENTER HOSPITAL AND ITS INSURANCE COMPANY "A'; DR. VICTOR LOPEZ LLAVONA AND ITS INSURANCE COMPANY "B' AND HIS CONJUGAL PARTNERSHIP, UNKNOWN DEFENDANTS AND\OR DEFENDANTS WHOSE IDENTITY IS UNKNOWN AT THIS TIME FROM "C" TO "Z"<br><br>        Defendants | CIVIL NO. 98-1875 (GG)<br><br><br>Plaintiff DEMAND TRIAL BY JURY |

INFORMATIVE MOTION

TO THE HONORABLE COURT:

**COMES NOW**, codefendant, **Dr. Víctor López Llavona** through the undersigned counsel and very respectfully, **States and Prays as follow:**

1.  That plaintiffs have notified this Honorable Court regarding the lack of payment of the Judgment by the appearing codefendant.

2.  That delays were encountered in the preparation of



2

of the check, due to the numerous plaintiffs that had to be paid.

3. That at this time payment has been made as evidenced by **Exhibit 1 to this motion.**

WHEREFORE, it is very respectfully requested, for this Honorable Court to take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 25 of January 2001.

**I HEREBY CERTIFY**, that on this same date a true and exact copy of this motion has been sent by regular mail to:
Lcdo. Jaime F. Agrait Llado, Esq. P. O. Box 195193, San Juan, Puerto Rico  00919-5193; Juan Masini Soler, Esq. P. O. Box 195357, San Juan, Puerto Rico  00919-5357; Francisco Colón Ramírez, Esq. P. O. Box 9023355, San Juan, P.R.  00902-3355.

**IGOR J. DOMINGUEZ LAW OFFICES**
**ATTORNEY FOR DEFENDANT**
EL MONTE MALL, SUITE 22
650 MUÑOZ RIVERA AVE.
HATO REY, PR   00918
TEL. 250-0220
FAX. 250-0295

BY: IVAN DOMINGUEZ
USDC NO. 204305

svb\mocionesAna 98-s-63